# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 08-5758-GW(PJWx)<br>CV 08-7204-GW(PJWx)<br>CV 08-7613-GW(PJWx)<br>CV 08-7634-GW(PJWx)<br>CV 08-8470-GW(PJWx)<br>SACV 08-1158-GW(PJWx) ✔<br>CV 09-982-GW(PJWx) | Date | February 19, 2009 |
| Title | *Sabry Lee, Inc. v. Genera Corporation, et al.*<br>*Flash Sales, Inc. v. Genera Corporation, et al.*<br>*Pete Sahagian, et al. v. Genera Corporation, et al.*<br>*DJ's Autobody, Inc. v. Genera Corporation, et al.*<br>*Prevatte Auto Supply, Inc. v. Genera Corporation, et al.*<br>*Dynacorn Autobody Parts v. Genera Corporation, et al.* ✔<br>*California Customs, Inc. v. Genera Corporation, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Wil Wilcox | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Donald F. Woods, Jr. - Sahagian<br>Michael P. Lehmann - DJ's Autobody, Inc.<br>Justin B. Farar - Prevatte<br>Jason S. Hartley<br>Bonny E. Sweeney (via telephone)<br>- Dynacorn Autobody<br>Tomas Shpall (via tel.) - California Customs, Inc.<br>Jacklin Chou Lem - DOJ | Counsel for dfts Depo and Maxzone:<br>Deborah K. Croyle/David Brownstein<br>Counsel for dfts E-Lite Automotive:<br>Kate P. Wallace/Eric P. Enson<br>Counsel for dfts Genera Corporation:<br>Andrea S. Ordin |

**PROCEEDINGS:** SACV08-1158-GW(PJWx) - PLAINTIFF'S MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL AND FOR ENTRY OF SCHEDULING ORDER (filed 12/18/08)

:     15

Initials of Preparer   JG

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-5758-GW(PJWx)<br>CV 08-7204-GW(PJWx)<br>CV 08-7613-GW(PJWx)<br>CV 08-7634-GW(PJWx)<br>CV 08-8470-GW(PJWx)<br>SACV 08-1158-GW(PJWx) ✔<br>CV 09-982-GW(PJWx) | Date | February 19, 2009 |
|---|---|---|---|
| Title | *Sabry Lee, Inc. v. Genera Corporation, et al.*<br>*Flash Sales, Inc. v. Genera Corporation, et al.*<br>*Pete Sahagian, et al. v. Genera Corporation, et al.*<br>*DJ's Autobody, Inc. v. Genera Corporation, et al.*<br>*Prevatte Auto Supply, Inc. v. Genera Corporation, et al.*<br>*Dynacorn Autobody Parts v. Genera Corporation, et al.* ✔<br>*California Customs, Inc. v. Genera Corporation, et al.* | | |

Hearing is held. Court and counsel confer re appointment of Interim Lead Counsel.

The Court orders the plaintiff to file supplemental briefs re the Motion for Appointment of Counsel by no later than March 5, 2009. Said supplemental brief may be filed under seal. Plaintiff's Motion for Appointment of Interim Lead Counsel and for Entry of Scheduling Order is **continued** to **March 9, 2009 at 8:30 a.m.** Parties may appear telephonically, if notice is given to the clerk within two business days of the hearing.

The Court allows the Department of Justice to file their Motion to Intervene. Counsel will set the hearing for March 9, 2009 at 8:30 a.m.

IT IS SO ORDERED.

_____ : 15

Initials of Preparer   JG