UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-5758-GW(PJWx)<br>CV 08-7204-GW(PJWx)<br>CV 08-7613-GW(PJWx)<br>CV 08-7634-GW(PJWx)<br>CV 08-8470-GW(PJWx)<br>SACV 08-1158-GW(PJWx) ✔<br>CV 09-982-GW(PJWx) | Date | March 9, 2009 |
|---|---|---|---|
| Title | *Sabry Lee, Inc. v. Genera Corporation, et al.*<br>*Flash Sales, Inc. v. Genera Corporation, et al.*<br>*Pete Sahagian, et al. v. Genera Corporation, et al.*<br>*DJ's Autobody, Inc. v. Genera Corporation, et al.*<br>*Prevatte Auto Supply, Inc. v. Genera Corporation, et al.*<br>*Dynacorn Autobody Parts v. Genera Corporation, et al.* ✔<br>*California Customs, Inc. v. Genera Corporation, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Wil Wilcox | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Max Blecher/Courtney A. Palko - Sabry Lee, Inc.<br>Hollis Salzman (via tel.) - Flash Sales, Inc.<br>Donald F. Woods, Jr. - Sahagian<br>Michael Lehmann (via tel.) - DJ's Autobody, Inc.<br>Justin B. Farar - Prevatte<br>Jason S. Hartley - Dynacorn Autobody<br>Jacklin Chou Lem/Brigid Martin - DOJ | Counsel for dfts Depo and Maxzone:<br>Deborah K. Croyle/David Brownstein (via tel.)<br>Counsel for dfts E-Lite Automotive:<br>Kate P. Wallace/Eric P. Enson<br>Counsel for dfts Genera Corporation:<br>Andrea S. Ordin |

**PROCEEDINGS:** SACV08-1158-GW(PJWx) - PLAINTIFF'S MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL AND FOR ENTRY OF SCHEDULING ORDER (filed 12/18/08)

UNITED STATES' MOTION TO INTERVENE UNDER FEDERAL RULE OF CIVIL PROCEDURE 24(B)(1)(B) (filed 03/03/09)

                                                                           : 24

Initials of Preparer    JG

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-5758-GW(PJWx)<br>CV 08-7204-GW(PJWx)<br>CV 08-7613-GW(PJWx)<br>CV 08-7634-GW(PJWx)<br>CV 08-8470-GW(PJWx)<br>SACV 08-1158-GW(PJWx) ✔<br>CV 09-982-GW(PJWx) | Date | March 9, 2009 |
|---|---|---|---|
| Title | *Sabry Lee, Inc. v. Genera Corporation, et al.*<br>*Flash Sales, Inc. v. Genera Corporation, et al.*<br>*Pete Sahagian, et al. v. Genera Corporation, et al.*<br>*DJ's Autobody, Inc. v. Genera Corporation, et al.*<br>*Prevatte Auto Supply, Inc. v. Genera Corporation, et al.*<br>*Dynacorn Autobody Parts v. Genera Corporation, et al.* ✔<br>*California Customs, Inc. v. Genera Corporation, et al.* | | |

Hearing is held.  Court and counsel confer.

For reasons stated on the record, The United States' Motion to Intervene Under Federal Rule of Civil Procedure 24(B)(1)(B) and Plaintiff's Motion for Appointment of Interim Lead Counsel, are **granted.**

Counsel for plaintiff will submit an amended proposed order as to the appointment of interim lead counsel.

Counsel for the government informs the Court that a Motion for stay of the action will be filed.  The Court sets the following schedule:

        Government's initial brief        March 24, 2009
        Plaintiffs' opposition           April 2, 2009
        Reply                             April 6, 2009
        Hearing date                **April 9, 2009 at 8:30 a.m.**

The consolidated complaint will be filed by no later than March 17, 2009.  **Counsel are reminded to file all documents on 09MDL2007.**

                                                                                            :    24

                                                      Initials of Preparer    JG

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-5758-GW(PJWx)<br>CV 08-7204-GW(PJWx)<br>CV 08-7613-GW(PJWx)<br>CV 08-7634-GW(PJWx)<br>CV 08-8470-GW(PJWx)<br>SACV 08-1158-GW(PJWx) ✔<br>CV 09-982-GW(PJWx) | Date | March 9, 2009 |
|---|---|---|---|
| Title | *Sabry Lee, Inc. v. Genera Corporation, et al.*<br>*Flash Sales, Inc. v. Genera Corporation, et al.*<br>*Pete Sahagian, et al. v. Genera Corporation, et al.*<br>*DJ's Autobody, Inc. v. Genera Corporation, et al.*<br>*Prevatte Auto Supply, Inc. v. Genera Corporation, et al.*<br>*Dynacorn Autobody Parts v. Genera Corporation, et al.* ✔<br>*California Customs, Inc. v. Genera Corporation, et al.* | | |

IT IS SO ORDERED.

: 24

Initials of Preparer    JG