|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | CENTRAL DISTRICT OF CALIFORNIA |

| | |
|---|---|
| DYNACORN AUTOBODY PARTS, INC., a California corporation, and all others similarly situated,<br><br>0Plaintiff,<br><br>v.<br><br>GENERA CORPORATION, a California corporation; MAXZONE VEHICLE LIGHTING CORP., a California corporation; E-LITE AUTOMOTIVE, INC., a California corporation, TYC BROTHER INDUSTRIAL CO., LTD., a Taiwanese corporation; DEPO AUTO PARTS INDUSTRIAL CO., LTD., a Taiwanese corporation and EAGLE EYES TRAFFIC INDUSTRIAL CO., LTD., a Taiwanese corporation,<br><br>Defendants. | Case No. **09 MDL 2007**<br><br>**CV08-1158 GW (PJWx)**<br><br>**ORDER APPOINTING PLAINTIFFS' INTERIM LEAD COUNSEL AND SCHEDULE FOR FILING CONSOLIDATED COMPLAINT**<br><br>**RELATED CASES:**<br><br>CV08-07204 GW<br><br>CV08-07634 GW<br><br>CV08-8470 GW<br><br>CV09-0982 GW<br><br>CV09-0967 JFW (Notice of Related Case filed on 2/23/09)<br><br>Date:        March 9, 2009<br>Time:        8:30 a.m.<br>Courtroom:   10<br>Judge:       Hon. George Wu |

On March 9, 2009, this Court heard Plaintiffs' Motion for Appointment of Interim Class Counsel and Scheduling Order and,

Good cause appearing therefor, the Court orders as follows:

1

**Organization Of Direct Purchaser Plaintiffs' Counsel**

1. The organizational structure of direct purchaser plaintiffs' counsel established by this Order shall bind plaintiffs' and defendants' counsel in the related actions filed by direct purchasers in this Court, namely *Dynacorn Autobody Parts v. Genera Corporation, et al*, CV08-01158 GW (C.D. Cal.); *Flash Sales Inc. v. Genera Corporation, et al*, CV08-07204 GW (C.D. Cal.); *DJ's Autobody Inc. v. Genera Corporation, et al*, CV08-07634 GW (C.D. Cal.); *Motoring Parts, Int'l v. Genera Corp., et al.,* No. CV09-0967 JFW (C.D. Cal.); *Prevatte Auto Supply Inc. v. Genera Corp., et al.*, No. CV08-8470 GW (C.D. Cal.); *California Customs, Inc. v. Genera Corp., et al.;* No. 09-0982 GW (C.D. Cal.) (the "Related Actions"), including any subsequent action brought by direct purchasers making the same or similar claims filed in or transferred to this Court.

2. The following attorneys are designated as Interim Co-Lead Counsel for the direct purchaser plaintiffs: Jason S. Hartley of Troutman Sanders, LLP; Bonny Sweeney of Coughlin Stoia Geller Rudman & Robbins, LLP; Michael Lehmann of Hausfeld LLP; and Jay Himes of Labaton Sucharow, LLP (hereinafter referred to as "Direct Purchaser Plaintiffs' Interim Co-Lead Counsel").

3. Direct Purchaser Plaintiffs' Interim Co-Lead Counsel are authorized to receive orders, notices, correspondence, and telephone calls from the Court on behalf of all plaintiffs in the Related Actions. Any agreements entered into by Direct Purchaser Plaintiffs' Interim Co-Lead Counsel with defendants or their counsel shall be binding on all plaintiffs in the Related Actions. Direct Purchaser Plaintiffs' Interim Co-Lead Counsel shall assume and exercise the following powers and responsibilities:

   a. To determine and present in pleadings, motions, briefs, oral argument or such other fashion as may be appropriate to the Court and opposing parties, the position of the direct purchaser plaintiffs as to all matters arising during all pretrial and trial proceedings;

   b. To conduct or coordinate discovery on behalf of direct purchaser

plaintiffs consistent with the requirements of the Federal Rules of Civil Procedure;

      c.     To enter into stipulations with opposing counsel for the conduct of the direct purchaser litigation;

      d.     To supervise and monitor the activities of direct purchaser plaintiffs' counsel and to implement procedures to ensure that unnecessary expenditures of time and funds by counsel are avoided, including collecting monthly fee and expense reports from those counsel;

      e.     To sign all papers filed or submitted on behalf of direct purchaser plaintiffs;

      f.     To conduct all pre-trial, trial and post-trial proceedings on behalf of direct purchaser plaintiffs;

      g.     To employ and consult with experts;

      h.     To call and chair meetings of direct purchaser plaintiffs' counsel when deemed appropriate;

      i.     To be the sole persons authorized to conduct settlement negotiations with defendants on behalf of direct purchaser plaintiffs;

      j.     To designate attorneys to enter into stipulations necessary for the conduct of the litigation with defense counsel and plaintiff's counsel in the individual, non-class action captioned *Sabry Lee, Inc. v. Genera Corporation, et al.*, Case No. CV08-05758 GW PJWx (the "*Sabry Lee* Action"), and in any indirect purchaser actions that are or will be pending in this Court;

      k.     To coordinate with the Department of Justice regarding its criminal investigation;

      l.     To otherwise coordinate the work of all direct purchaser plaintiffs' counsel, and perform such other duties as Direct Purchaser Plaintiffs' Interim Co-Lead Counsel deem necessary or as authorized by further order of the Court; and

      m.     To make all work assignments on behalf of direct purchaser plaintiffs in such a manner as to promote the orderly and efficient conduct of this litigation and to

1 | avoid unnecessary duplication and expense.

2 | **Schedule for Filing Consolidated Amended Complaint**

3 | 4. No later than March 16, 2009, plaintiffs shall prepare and file through ECF a single Consolidated Complaint that shall be deemed to supersede the complaints filed by the direct purchasers in each of the Related Actions.

6 | IT IS SO ORDERED.

Dated:  March 16, 2009

*George H. Wu*

Hon. George H. Wu
Judge of the U.S. District Court